IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| HAROLD BLACH, | * |
| Plaintiff, | * |
| ROBERT FREY, REGENCY REALTY, LLC, and ROBERT FREY, TRUSTEE, | * |
| | * |
| Third Party Claimants, | * |
| vs. | CASE NO. 4:15-MC-5 (CDL) |
| | * |
| AFLAC, INC., | * |
| Garnishee, | * |
| SAL DIAZ-VERSON, | * |
| Defendant. | * |

## JUDGMENT

Pursuant to this Court's Order dated March 14, 2018, and for the reasons stated therein, JUDGMENT is hereby entered as follows:

- In favor of Robert Frey with regard to the thirteen garnishments totaling $138,897.65 based on the garnishment applications dated between May 24, 2016 and May 11, 2017 (ECF Nos. 1 in 4:16-mc-6; 1 in 4:16-mc-7; 47 in 4:15-mc-5; 61 in 4:15-mc-5; 79 in 4:15-mc-5; 99 in 4:15-mc-5; 110 in 4:15-mc-5; 121 in 4:15-mc-5; 139 in 4:15-mc-5; 150 in 4:15-mc-5; 167 in 4:15-mc-5; 171 in 4:15-mc-5; 182 in 4:15-mc-5).

- In favor of Regency Realty, LLC with regard to the six garnishments totaling $60,026.60 based on the garnishment applications dated between June 8, 2017 and October 25, 2017 (195 in 4:15-mc-5; 201 in 4:15-mc-5; 204 in 4:15-mc-5; 210 in 4:15-mc-5; 238 in 4:15-mc-5; 250 in 4:15-mc-5).

- In favor of Frey as Trustee for the Robert J. Frey living trust with regard to the two garnishments totaling $25,117.81 based on the garnishment applications dated between November 21, 2017 and December 19, 2017 (255 in 4:15-mc-5; 269 in 4:15-mc-5).

On March 28, 2018, in accordance with the Court's prior Order, the Clerk began the process of disbursing those funds, plus interest earned while the funds were in the Court's registry. The Clerk shall file a certification of payment on the docket when the disbursement is complete.

IT IS SO ORDERED, this 6th day of April, 2018.

                                    S/Clay D. Land
                                    CLAY D. LAND
                                    CHIEF U.S. DISTRICT COURT JUDGE
                                    MIDDLE DISTRICT OF GEORGIA