IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| HAROLD BLACH, | * | |
| Plaintiff, | * | |
| vs. | * | |
| AFLAC, INC., | * | CASE NO. 4:15-MC-5 (CDL) |
| Garnishee, | * | |
| SAL DIAZ-VERSON, | * | |
| Defendant. | * | |

O R D E R

Presently pending before the Court is Plaintiff Harold Blach's Motion for Disbursement (ECF No. 432) of the $26,587.51 Garnishee AFLAC, Inc. deposited with the Court in response to the November 20, 2018 and December 19, 2018 Writs of Garnishment. There was no traverse to the Garnishee's Answers, no third party claim to the funds, and no objection to the motion. Thus, the motion is granted.

Based on Blach's representations to the Court, the outstanding principal balance of Blach's judgment against Diaz-Verson is more than $64,000.00. The Court finds it unnecessary to calculate the exact outstanding principal amount at this time. To keep the record clear, Blach's future applications for writs of garnishment and future motions for disbursement of funds shall

state the outstanding principal balance as of the date of the filing, and Blach shall include a chart showing the entire balance history of his judgment, including (1) costs, (2) accrual of interest, and (3) how each disbursement was applied.

The Clerk is instructed to enter judgment in favor of Blach with regard to the November 20, 2018 and December 19, 2018 Writs of Garnishment (ECF Nos. 407 & 412). The Clerk shall disburse $26,587.51, plus any interest earned on that amount while the funds were in the Court's registry, to Blach. Given that there was no objection to Blach's motion for disbursement, the Court finds it unnecessary to delay the disbursement, and the Clerk is authorized to begin processing the disbursement immediately.

IT IS SO ORDERED, this 7th day of March, 2019.

S/Clay D. Land  
CLAY D. LAND  
CHIEF U.S. DISTRICT COURT JUDGE  
MIDDLE DISTRICT OF GEORGIA