IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

HAROLD BLACH, *

    Plaintiff, *

vs. *

                                                       CASE NO. 4:15-MC-5 (CDL)

SAL DIAZ-VERSON, *

    Defendant. *

O R D E R

Harold Blach held a judgment for $158,343.40 against Sal Diaz-Verson. He registered the judgment in this Court. Diaz-Verson's former employer, AFLAC Inc., makes bimonthly payments to Diaz-Verson, twenty-five percent of which is subject to garnishment. Blach filed a series of applications for writs of garnishment, with the most recent two filed after Aflac deposited into the Court's registry sufficient funds to cover most of the outstanding balance of Blach's judgment but before the Court ordered disbursement of those funds. *See* Application for Writ of Garnishment (Apr. 16, 2019), ECF No. 448 (asserting that the outstanding principal balance was $38,524.62, with $1,241.71 of the garnished funds received to date applied to costs); Application for Writ of Garnishment (May 16, 2019), ECF No. 457 (same). The Court has since disbursed $37,058.02 to Blach. In all, Blach has received disbursements of

approximately $151,000.00 from this Court, plus disbursements of approximately $9,200.00 from other courts.

The Court holds $27,377.32 in its registry pursuant to the writs of garnishment that were issued on April 18, 2019 (ECF No. 449) and May 29, 2019 (ECF No. 460). Based on Blach's past representations, the remaining principal balance of his judgment is less than $250.00.[1] Diaz-Verson filed a motion to restore the excess funds to him. Blach did not oppose the motion, and he has not filed a motion for disbursement of the remaining balance of his judgment. There is no third-party claim to the garnished funds. Therefore, Diaz-Verson's motion to restore excess funds (ECF No. 466) is granted. The Clerk shall disburse to Diaz-Verson the entire amount held in the registry, including any interest that has accrued, unless Blach files a motion for disbursement within fourteen days demonstrating that some of the garnished funds should be disbursed to him.

IT IS SO ORDERED, this 20th day of August, 2019.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

---

[1] Blach asserted that he is entitled to recover costs of $1,241.71. The Court ordered that if Blach wished to receive the costs, "he should provide the Court with authority for his assertion that the costs he seeks are recoverable under the law, and he should provide an affidavit along with documentation of those costs. Order 7 (May 21, 2019), ECF No. 458. Blach has not provided the Court with any authority or an affidavit with documentation of the costs.